**No. 53928.**—Wing Yee Yuen Wah Kee & Co. *v.* United States, protest 146460–K (New York).

Opinion by Cole, J.   It was stipulated that the products in question were not "pickled or salted," and that the 1.55 percent of salt found therein "is naturally

present and has not been separately added." Following Abstract 53684, which involved substantially the same class of merchandise, the claim of the plaintiff was sustained.